ACCEPTED
03-13-00370-CV
6827458
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/8/2015 2:18:02 PM
JEFFREY D. KYLE
CLERK

# BRIM, ARNETT & ROBINETT P.C.

Attorneys at Law

Jefferson K. Brim, III
Richard L. Arnett
Mark W. Robinett

2525 Wallingwood Drive
Building 14
Austin, Texas 78746
(512) 328-0048
(512) 328-4814 (facsimile)

Norma J. Cantu
Corey E. Tanner
Bradley Y. Brim
Of Counsel

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/8/2015 2:18:02 PM
JEFFREY D. KYLE
Clerk

Writer's e-mail:
mrobinett@brimarnett.com

September 8, 2015

**VIA ELECTRONIC FILING**

Mr. Jeffry Kyle, Clerk
Court of Appeals, Third District
P.O. Box 12547
Austin, Texas 78711

Re: The State Board of Educator Certification v. Erasmo Montalvo, Docket No. 03-13-00370-CV

Dear Mr. Kyle:

I am in receipt of your letter setting oral argument in the above captioned case for October 7, 2015 at 1:30pm. Through this letter I am confirming my intent to present oral argument in this matter. Please contact my office if you have any questions. Thank you for your attention to this matter.

Very Truly Yours,

Mark W. Robinett

cc:     Ellen Sameth (via email: ellen.sameth@oag.state.tx.us)